IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**DEANDRA MARIE SPIESS,**

      Plaintiff,

v.                                                 No. CIV-14-0486 LAM

**CAROLYN W. COLVIN, Acting Commissioner**
of the Social Security Administration,

      Defendant.

# FINAL ORDER

      **PURSUANT TO** the *Memorandum Opinion and Order* entered concurrently herewith, the Court enters this *Final Order* under F<small>ED</small>. R. C<small>IV</small>. P. 58, **GRANTING** Plaintiff's *Motion to Reverse and Remand for a Rehearing With Supportive Memorandum (Doc. 17)* and **REMANDING** this case to the Commissioner of the Social Security Administration for further proceedings consistent with the *Memorandum Opinion and Order*.

      **IT IS SO ORDERED.**

                                            */s/ Lourdes A. Martinez*
                                     **THE HONORABLE LOURDES A. MARTINEZ**
                                       **UNITED STATES MAGISTRATE JUDGE**
                                       **Presiding by Consent**